

**SOLOMON AND SOLOMON PC**

Attorneys at Law

*Mailing Address:*
Columbia Circle
Box 15019
Albany, NY 12212-5019

*Located At:*
Five Columbia Circle
Albany, NY 12203

(518) 456-7200
Fax (518) 456-0651
Toll free 1-800-233-7515

*Massachusetts Office:*
14 Page Terrace
Suite 2C
Stoughton, MA 02072

(781) 341-1616

*New Jersey Office:*
30 Montgomery Street
15th Floor
Jersey City, NJ 07302

(201) 938-1819

March 18, 2002

United States District Court
For the Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   Private Counsel on behalf of the United States Dept. of Justice
Student Loan Litigation
Writ of Garnishment, U.S. v. Joann Hirsch a/k/a Joann Rotella
Civil Action No.: CV-99-4272**

Dear Sir or Madam:

On January 26, 2001 the Court approved an Application for a Writ of Garnishment, proposed Writ of Garnishment and Notice on behalf of the United States of America. Unfortunately, we never received a copy of the documents. If possible please send a fully executed original to our office so we can proceed in serving the Garnishee. If you require anything further, or have any questions, please contact me at (518) 456-7200, extension 274.

Thank you for your time and attention to this matter.

Sincerely,

SOLOMON AND SOLOMON, P.C.

Douglas M. Fisher, Esq.

DMF/tsu

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.